# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Eric J. Duarte
    **Plaintiff,**

    **v.**

**Civil Action No. 1:24-cv-12993-FDS**

Quincy Police Department et al
    **Defendants.**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated April 10, 2025 (Dkt. No. 6), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    By the Court,

04/10/2025          /s/ Melonie Cooke
Date          Deputy Clerk